```
                                                            FILED
                                                       U.S. DISTRICT COURT
            IN THE UNITED STATES DISTRICT COURT            AUGUSTA DIV.

         FOR THE SOUTHERN DISTRICT OF GEORGIA    2006 AUG 28  AM 10: 07

                       AUGUSTA DIVISION           CLERK_____
                                                   SO. DIST. OF GA.
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR 106-083 |
| ) | |
| CHARLES E. ROLLAND ) | |
| CAROLYN L. ROLLAND ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation filed as to each of the above-named defendants, to which no objections have been filed. Accordingly, each Report and Recommendation of the Magistrate Judge, filed as to each of the above-named defendants, is **ADOPTED** as the opinion of the Court. Therefore, the plea of guilty from each defendant is accepted as to Count One of the indictment in this case. Upon review of the respective presentence investigation reports, sentence will be imposed, and a final judgment of guilty shall thereafter be entered against each defendant.

SO ORDERED this 28th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CASE NO. CR106-083 |
| CHARLES E. ROLLAND and | * | |
| CAROLYN L. ROLLAND | * | |
| | * | |

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/28/06, which is part of the official records of this case.

Date of Mailing: 8/28/06
Date of Certificate: 8/28/06

SCOTT L. POFF, CLERK

By _L. Jlbrden_

NAME:
1. Charles E. Rolland
2. Carolyn L. Rolland
3. J. Michael Spence
4. Marcia B. Parsons
5. 
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds